Timothy R. Kurtz, ISB No. 8774
Chapter 7 Bankruptcy Trustee
P.O. Box 956
Boise, ID 83702
Telephone: (208) 287-8125
Facsimile: (208) 287-8130

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>PETTY, KEVIN EARNEST<br>PETTY, DORCEE ANN<br><br>                        <u>Debtors</u>. | Case No. 20-00842-NGH<br><br>Chapter 7<br><br>**STIPULATION: MINIMUM PRICE OF AUCTION SALE** |

COMES NOW, Timothy R. Kurtz (the "Trustee") and Merrick Bank Recreation Loans (the "Creditor"), and stipulate and agree as follows:

### I.    STATEMENT OF FACTS

1. Creditor has a perfected Lien encumbering the 2018 Keystone Cougar 29BHSWE (the "Vehicle").

2. The Debtors filed a voluntary chapter 7 petition on September 16, 2020, listing the Vehicle as an asset and did not exempt the Vehicle.

3. The Trustee filed a Notice of Sale on for the Vehicle on January 29, 2021, as Docket No. 30.

### II.    AGREEMENT

Now, therefore, the parties agree as follows:

**STIPULATION: MINIMUM PRICE OF AUCTION SALE - 1**

A. Trustee will sell the Vehicle pursuant to the Notice of Sale, but will set a minimum sale price of $27,000.00 in order that sufficient funds are available to pay-off the Lien, other costs associated with the sale, and provide sufficient funds for the creditors.

B. If the Vehicle is not sold for a minimum price of $27,000.00, then the Vehicle will not be sold and will be held by the auctioneer to be turned back over to the Debtors or Creditor, depending upon whether the debts owed on the Vehicle will be reaffirmed by the Debtors.

C. The Parties agree to decide this issue through a stipulation and order by the Court and forgo the adversary process. *See* Fed. R. Bankr. P. 7001(2).

D. The following provisions are also integral to this Stipulation:

   i. This Stipulation shall bind and benefit the parties and their respective successors and assigns.

   ii. This Stipulation may be signed in counterparts.

   iii. A fax transmittal or an email transmission of a digital or electronic image bearing a signature will serve as delivery of an original.

   iv. The provisions of this Stipulation are severable.

   v. This Stipulation is the parties' full and final agreement and may not be modified except in writing signed by all parties.

   vi. Each party has been afforded the opportunity to review this agreement with its own counsel.

   vii. Each individual signing this Stipulation in a representative capacity warrants his/her authority to bind the party.

[signature page follows]

**STIPULATION: MINIMUM PRICE OF AUCTION SALE - 2**

Dated: February 4, 2021

_____
Timothy R. Kurtz
Chapter 7 Bankruptcy Trustee

Dated: February 4, 2021,    Merrick Bank Recreation Loans

By: _____

Its: Scott F. Anderson, SVP

**STIPULATION: MINIMUM PRICE OF AUCTION SALE - 3**

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on February 4, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    AND, I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants via the method indicated below.

*Via First Class Mail Postage Prepaid*

                     /s/  Timothy R. Kurtz

**STIPULATION: MINIMUM PRICE OF AUCTION SALE - 4**