UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

In Re:

KEVIN PETTY
DORCEE PETTY

Case No. 20-00842-NGH
Chapter 7

Debtors

## ORDER ALLOWING TRUSTEE'S FINAL REPORT
## AND DIRECTING DISTRIBUTION

The Trustee having filed a Final Report and an Application for Compensation and Reimbursement of Expenses, and notice thereof having been given to all creditors, and no objections having been made thereto by any party in interest, and the Court having conducted a hearing on the matter on October 12, 2021,

IT IS ORDERED that the Final Report of the Trustee is APPROVED, as modified herein.

IT IS FURTHER ORDERED that compensation to the trustee for service rendered and reimbursement to the trustee for expenses incurred are allowed as follows:

| | COMPENSATION | EXPENSES |
|---|---|---|
| Timothy R. Kurtz | $2,005.61 | $105.80 |

IT IS FURTHER ORDERED that the Trustee disburse the funds remaining in the estate to the unsecured creditors that filed proof of claims 1-16.  //end of text//

DATED: October 14, 2021

NOAH G. HILLEN
U.S. Bankruptcy Judge